**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:19-cv-01665-SKC

JACOB MATHES, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

   v.

MOLSON COORS BREWING
COMPANY, MARK R. HUNTER, and
TRACEY I. JOUBERT,

        Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jacob Mathes ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to himself only and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 23, 2019             Respectfully submitted,

           **WOLF HALDENSTEIN ADLER
           FREEMAN & HERZ LLP**

           /s/ Matthew M. Guiney
           Matthew M. Guiney
           270 Madison Avenue
           New York, NY 10016
           Email: Guiney@whafh.com

           **WOLF HALDENSTEIN ADLER
           FREEMAN & HERZ LLC**

           /s/Carl V. Malmstrom

Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60602
Tel: (312) 984-0000
Fax: (312) 214-3110
Email: malmstrom@whafh.com

*Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*